No. 25-497

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FUTURE MOTION, INC.

*Plaintiff-Appellant,*

v.

LAI,

*Defendant.*

On Appeal from the United States District Court
for the District of Oregon
No. 3:23-cv-01742-AR
Hon. Michael H. Simon

Appellant's Unopposed Motion to Dismiss
Under Fed. R. App. P. 42(b)

Shawn J. Kolitch
Kolitch Romano Dascenzo Gates LLC
621 SW Morrison Street #1100
Portland, Oregon 97205
(503) 994-1650

*Counsel for Appellant Future Motion, Inc.*

Plaintiff-Appellant Future Motion, Inc. ("Future Motion") hereby moves unopposed for dismissal of the present appeal without prejudice, for the following reasons.

Future Motion brought this appeal to challenge the district court's denial of a motion for contempt against nonparty Google LLC ("Google"), which is therefore in the position of appellee. After Future Motion filed its notice of appeal, Google provided case law indicating that although a finding of contempt against a nonparty is immediately appealable, the denial of a motion for contempt against a nonparty is not immediately appealable. *Group One Ltd. v. GTE GMBH*, No. 2022-1602 (Fed. Cir. Sept. 26, 2022). Furthermore, while the Ninth Circuit has previously accepted jurisdiction of an appeal relating to a motion for contempt against a nonparty in a patent infringement action (*See United States Philips Corp. v. KBC Bank N.V.,* D.C. No. 2:05-cv-08953-R-PLA, No. 10-55864 (9th Cir. Jan 13, 2012)), Google has taken the position that due to the underlying patent infringement claims, the Federal Circuit has exclusive jurisdiction over any appeal from the district court action.

Accordingly, to avoid unnecessary motion practice, and for the good cause stated above, Future Motion respectfully requests that the present appeal be dismissed without prejudice, with Future Motion to bear its own costs. Google has stated it will not oppose Future Motion's motion to dismiss.

Date: January 29, 2025

        Respectfully submitted,

        *s/ Shawn J. Kolitch*
        Shawn J. Kolitch
        Counsel for Appellant Future Motion, Inc.